UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. IP 04-CR-28-06-H/F |
| | ) | 1:06-cv-1048-DFH-TAB |
| ANTHONY L. THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE  ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:06-cv-1048-DFH-TAB is **dismissed with prejudice.**

*David F Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date:  11/7/2006

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*

By: Deputy Clerk

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Anthony S. Thomas Reg. No. 04585-028
FCI Elkton
P.O. Box 10
Lisbon, Oh 44432